USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3/27/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CARRICO,**

        **Plaintiff,**

      -against-

**MYPANIER INC,**

        **Defendant.**

**23-cv-000924 (ALC)**

<u>Order</u>

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **sixty days.**

**SO ORDERED.**

Dated:   March 27, 2023
            New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**